### HAHN v STATE

Ohio Appeals, 1st Dist, Hamilton Co
Decided Nov 17, 1930

For full opinion see 176 NE 164; 38 Oh Ap 461 (Oh Bar 8-25-31).